# 928 CASES REPORTED WITH BRIEF SYLLABI.

Edward W. Curtis, Appellant, v. William H. Williamson, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Frank Dean, Respondent, v. Arthur J. Wellington, Appellant.— There being no element of fraud in the case, the second contract, made by the defendant and the charterer, cannot be regarded as the exercise by the charterer of the option to renew. The plaintiff procured the first contract and could only recover commission beyond the first month in case of the exercise by the charterer of the option to renew pursuant to the contract. The parties themselves negotiated the second contract, and the plaintiff was not the procuring cause. Judgment of the Municipal Court modified by reducing the recovery to the sum of twenty dollars, and as modified affirmed, without costs to either party. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Louise Ellis, Respondent, v. Samuel Keeler, as Executor, etc., of Julia A. Chapman, Deceased, Appellant, Impleaded with Clarence H. Kelsey, Individually and as Trustee, and Others, Defendants.— Interlocutory judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Anna Etter, Appellant, v. David I. Rogow, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Rich and Miller, JJ., concurred; Woodward, J., voted to reinstate the verdict.

F. Ferguson & Son, Appellant, v. Charles Ross & Son Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Sarah Finlay, Appellant, v. Matilda Otten, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Sarah Finlay, Appellant, v. Matilda Otten, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Alexander Forsyth, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Josephine Frey, Appellant, v. Chapter General of America, Knights of St. John and Malta, and Mary H. McCloud, Interpleaded in Place of Said Chapter General of America, Knights of St. John and Malta, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frank Galet, Appellant, v. Louis Verbeeck, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ida Goldman, Appellant, v. Dry Dock, East Broadway and Battery Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Jacob Goldstone, Respondent, v. David Rockower, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.